UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

UNITED STATES OF AMERICA,

-against-

JORGE ALEXANDER GARCIA, et al,

Defendant

06 Cr. 229 (KSH)

---

## ORDER

On Motion of the defendant, Jorge Alexander Garcia, without objection by the Probation Department, and on the consent of the office of the United States Attorney for the District of New Jersey; and

After due deliberation; it is hereby

O R D E R E D:

That Jorge Alexander Garcia may travel to Colombia while under Supervised Release, so that he may undergo nasal surgery, as follows:

Departing New York from Kennedy Airport on Avianca flight 43, leaving March 11, 2009, at 9:00 a.m., and arriving in Bogota, Colombia at 3:00 p.m. While in Bogota, Garcia shall reside with his wife, Jamie, at Calle30, No. 11-11, Bogota, Colombia, telephone no. 011-571-759-9872.

Surgery shall be performed on March12, 2009, by Xavier A. Sanchez M.D, followed by a post-surgical re-examination on March 27, 2009.

Garcia shall return to the United States via Avianca flight 43, which departs Bogota, Colombia at 10:55 p.m. on March 28, 2009, and arriving at Kennedy Airport at 5:30 a.m. pon March 29, 2009.

Upon his return to the United States, Jorge Alexander Garcia shall surrender his United States Passport to Probation Officer Vincent Danielo. No other trips outside of the United States shall be considered for the next 18 months absent exigent circumstances.

Dated: 3/10/09

_____
The Honorable Katharine S. Hayden, U.S.D.J.