UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,

-against-

JORGE ALEXANDER GARCIA, et al,

Defendant

06 Cr. 229 (KSH)

ORDER

On Motion of the defendant, Jorge Alexander Garcia, without objection by the Probation Department, and on the consent of the office of the United States Attorney for the District of New Jersey; and

After due deliberation; it is hereby

O R D E R E D:

That Jorge Alexander Garcia may travel to Colombia while under Supervised Release, so that he may undergo nasal surgery, as follows:

Departing New York from Kennedy Airport on Avianca flight 243, leaving February 24, 2010, at 8:00 a.m., and arriving in Cali, Colombia at 3:17 p.m. Mr. Garcia shall be staying at his family's home in Bogota, Colombia, at Calle 30 No. 11-03, Bogota, Colombia. The telephone number at that residence is 011-571-479-6796.

Surgery shall be performed on February 25, 2010, by Xavier A. Sanchez M.D, followed by a post-surgical re-examination on March 17, 2010.

Garcia shall return to the United States via Avianca flight 20, which departs Bogota, Colombia at 11:05 p.m. on March 18, 2010, and arriving at Kennedy Airport at 5:38 a.m. on March

19, 2009.

Upon his return to the United States, Jorge Alexander Garcia shall surrender his United States Passport to Probation Officer Kelly Devine. No other trips outside of the United States shall be considered for the next 18 months absent exigent circumstances.

Dated: 2/16/10

The Honorable Katharine S. Hayden, U.S.D.J.