PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

### *(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Jorge Garcia

Cr.: 06-00229-001
PACTS Number: 041143

Name of Sentencing Judicial Officer: The Honorable Katharine S. Hayden

Date of Original Sentence: 05/31/07

Original Offense: Conspiracy to Import Heroin

Original Sentence:  24 months incarceration

Type of Supervision: 3 years supervised release          Date Supervision Commenced: 03/05/09

## PETITIONING THE COURT

[  ]     To extend the term of supervision for          Years, for a total term of          Years.
[X]     To modify the conditions of supervision as follows.  The discharge of the following special condition(s):

MENTAL HEALTH TREATMENT

The special condition requiring you to participate in mental health treatment is hereby vacated based on your successful completion of  treatment.

## CAUSE

The offender has successfully completed mental health treatment.

Respectfully submitted,

By:  Donna W. Shaw
Senior U.S. Probation Officer
Date:  1/3/11

THE COURT ORDERS:

[ ]  The Modification of Conditions as Noted Above
[ ]  The Extension of Supervision as Noted Above
[ ]  No Action
[ ]  Other

_____
Signature of Judicial Officer

_____
Date