UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **ORDER** |
| v. | : | |
| JORGE ALEXANDER GARCIA | : | Crim. No. 06-229 (KSH) |

This matter having been opened to the Court upon the application of Defendant Jorge Alexander Garcia ("Defendant"), seeking early termination of the three-year term of supervised release imposed in connection with Defendant's sentence after his plea of guilty to a single count Information, Crim. No. 06-229, which charged Defendant with conspiring with others to import into the United States from Colombia more than one kilogram of heroin, contrary to Title 21, United States Code, Sections 952(a) and 960(b)(1)(A), in violation of Title 21, United States Code, Section 963; and the Court having considered the letter response filed by the United States of America, by Paul J. Fishman, United States Attorney for the District of New Jersey (André M. Espinosa, Assistant U.S. Attorney, appearing), and the Court having considered the factors set forth in 18 U.S.C. §§ 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7), as required under 18 U.S.C. § 3583(e), and the Court having concluded that early termination of Defendant's supervised release is not warranted by Defendant's conduct nor in the interest of justice; and for good cause shown,

IT IS on this ___ day of June, 2011,

**ORDERED** that, Defendant's request seeking early termination of his three-year term of supervised release shall be and hereby is **DENIED**; and it is further,

**ORDERED** that, Defendant shall continue compliance with all requirements imposed as conditions of Defendant's supervised release.

_____
HONORABLE KATHARINE S. HAYDEN
United States District Judge